# Exhibit 1

**007-81708-98**

| STATE OF TEXAS | § | IN THE JUDICIAL DISTRICT |
| VS. | § | 7th JUDICIAL DISTRICT |
| TROY CLARK | § | SMITH COUNTY, TEXAS |

## ORDER ON MOTION TO PAY COURT
## APPOINTED ATTORNEY'S FEES

COMES NOW, Bobby D. Mims, appointed counsel for Troy Clark, Defendant, in the above

referenced cause, having moved before this Court, for an Order directing payment of reasonable fees

for professional legal services performed on behalf of Defendant, Troy Clark, in this cause. The

Court having found the Defendant, Troy Clark, indigent and that said attorney has been appointed

counsel and it appears to the Court that said attorney is entitled to the amount of

$ _9,536. 40_, in this Capital Murder case, for accounting

purposes. IT IS, THEREFORE, ORDERED that the County Auditor and County Treasurer of Smith

County, Texas, forth with issue and deliver a check properly drawn on the general fund of Smith

County, Texas, in the above amount made payable to Bobby D. Mims, P.C., P.O. Box 1107, Tyler,

Texas 75710-1107. The attorneys Federal Tax I.D. # is 75-2818782.

Signed this _13_ day of _April_, 2000.

_____
JUDGE PRESIDING

V. 51
P. 234

**007-81708-98**

FILED
BECKY DEMPSEY
DISTRICT CLERK

2000 APR 10 PM 3: 13

SMITH COUNTY, TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | IN THE JUDICIAL DISTRICT |
| **VS.** | § | 7th JUDICIAL DISTRICT |
| **TROY CLARK** | § | SMITH COUNTY, TEXAS |

## MOTION TO PAY COURT APPOINTED ATTORNEY'S FEES

This statement of attorney's fees and request for payment is made by undersigned attorney and is made in accordance with Article 26.05 of the Texas Code of Criminal Procedure.

The expenses and fees were incurred in the representation of Troy Clark in this cause and incurred in performance of the following services:

1.  time spent in court making an appearance on behalf of the Defendant;

2.  time spent in pre-trial; and

3.  Reasonable and necessary time spent out-of-court on this case.

The amount of reimbursement is based upon hourly fees.

| Amount: | | |
|---|---|---|
| 75.5 | in court @ $100.00 an hour | $ 7,550.00 |
| 24.83 | out of court @ $80.00 an hour | $ 1,986.40 |
| | out of pocket expense | $ _____ |
| | Total | $ 9,536.40 |

*(See attached Exhibit "A" for schedule of time, activity and expenses undertaken on Defendant's behalf during the course of this representation.)

Reimbursement is requested in the amount of $ 9,536.40.

Respectfully submitted,

THE LAW OFFICES OF BOBBY D. MIMS
P.O. Box 1107
Tyler, Texas 75710-1107
(903)595-2169 (903)596-0719 fax


Bobby D. Mims
SBN: 12172200
*Attorney for Troy Clark*


## APPROVAL


APPROVED on _____, 2000.




_____
JUDGE PRESIDING

Bobby D. Mims
Attorney at Law
P.O. Box 1107
Tyler TX 75710-1107


Invoice submitted to:
Mr. Troy Clark
102 E. Elm St
Smith County Jail
Tyler TX 75702


APR 8, 2000
In Reference To:Capital Murder
Invoice #1120

        Professional services

|  |  | Hours | Amount |
|---|---|---|---|
| 3/15/00 | Trial | 6.50 | 650.00 |
|  | Conference w/M. Carroll, Ken Nash & P.Black | 1.00 | 80.00 |
| 3/16/00 | Trial | 7.25 | 725.00 |
| 3/17/00 | Trial | 5.50 | 550.00 |
| 3/18/00 | Reivew discovery and trial preparation | 4.50 | 360.00 |
| 3/20/00 | Trial | 6.00 | 600.00 |
|  | Conference w/Carroll, Black and Nash | 1.00 | 80.00 |
| 3/21/00 | Trial | 5.25 | 525.00 |
| 3/22/00 | Trial | 5.75 | 575.00 |
|  | Conference w/Nash & Carroll | 2.50 | 200.00 |

Mr. Troy Clark                                              Page   2

|  |  | Hours | Amount |
|---|---|---|---|
| 3/22/00 | Conference w/Carroll, Nash, Black and Troy Clark | 3.00 | 240.00 |
| 3/23/00 | Trial | 8.50 | 850.00 |
|  | Conference w/Nash and Carroll | 1.00 | 80.00 |
|  | conference in judge's chambers w/Carroll, Nash, Prosecutiona and Judge re: Jury charge | 2.00 | 160.00 |
| 3/24/00 | Trial | 5.50 | 550.00 |
|  | Conference w/Nash and Carroll | 2.00 | 160.00 |
| 3/26/00 | Trial Preparation and conference w/Caroll and Black | 1.33 | 106.40 |
| 3/27/00 | Trial | 5.00 | 500.00 |
|  | conference w/Mims to review exhibits and discovery | 1.50 | 120.00 |
| 3/28/00 | Trial | 8.75 | 875.00 |
| 3/29/00 | Trial | 7.50 | 750.00 |
|  | conference w/Mims and Sorenson | 3.00 | 240.00 |
|  | Confernce w/ Mims and Prosecution for Charge | 1.00 | 80.00 |
|  | conference w/Nash | 1.00 | 80.00 |
| 3/30/00 | Trial | 4.00 | 400.00 |
| 4/8/00 |  |  | 0.00 |

For professional services rendered        100.33 $9,536.40

Previous balance                                   $24,657.65

Mr. Troy Clark                                                    Page    3

                                                                   Amount

3/28/00 Payment - thank you                                    ($24,657.65)

        Balance due                                              $9,536.40

All payments are due upon receipt.

INVOICE NO. 6584

CAUSE NUMBER 007-81708-98    IN THE 7th

STATE OF TEXAS                                                    JUDICIAL DISTRICT
VS.                                                              SMITH COUNTY, TEXAS
Troy Clark

## MOTION TO PAY COURT APPOINTED ATTORNEY'S FEES
*Interim*

I, Bobby D. Mims, a duly licensed attorney in the State of Texas, as an officer of this Court do hereby represent and affirm to the Court that as Court Appointed Counsel for the defendant in the above numbered and entitled case, I have rendered the following reasonable and necessary services and spent the following amount of time in the performance of these services:

| Check if Applicable | Date | Service | Standing Order | Total Time |
|---|---|---|---|---|
| | | Guilty Plea - State Jail | $ 200.00 | |
| | | Guilty Plea - Felony | $ 250.00 | |
| | | Guilty Plea - Multiple Case | $ 100.00 | |
| | | Dismissal of Case | $ 200.00 | |
| | | Indictment Quashed | $ 100.00 | |
| | | Non-Jury Trial - State Jail | $ 350.00 | |
| | | Felony | $ 500.00 | |
| | | Jury Trial | $ 750.00 | |
| | | *Number of days in Jury Trial _____ | | |
| | | Appeal | $ 750.00 | |
| ☒ | | Other: **Attach itemized statement and explanation of services: | | |

84.91 hours In Court
191.09 hours Out of Court
$879.45 out of pocket expense

On this the 24th day of March 2000, I respectfully request that I be paid a reasonable sum for such reasonable and necessary services and said payment be mailed to the address listed below:

Print Name: Bobby D Mims
State Bar Number: 14172200
Address: P.O. Box 1107
Tyler, Texas 75710-1107
Phone: (903) 595-2169

## ORDER TO PAY COURT APPOINTED ATTORNEY

The Court finds that the above reasonable and necessary services were performed by counsel in this case and said above Motion should be granted. It is therefore ORDERED that the said Court Appointed Counsel listed above shall be paid, from the General Fund of Smith County, Texas the following amount: (Capital Murder Account)

$ 24,657.65

Signed this the 24th day of March, 2000

V. 81
P. 239

JUDGE PRESIDING

Date: 3/24/00

FILED
BECKY DEMPSEY
DISTRICT CLERK

7[[]] MAR 23 PM 1: 19

BY
DEPUTY

**007-81708-98**

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE JUDICIAL DISTRICT**NTY, TEXAS |
| **VS.** | § | **7th JUDICIAL DISTRICT** |
| **TROY CLARK** | § | **SMITH COUNTY, TEXAS** |

## MOTION TO PAY INTERIM COURT APPOINTED ATTORNEY'S FEES

This statement of attorney's fees and request for interim payment is made by undersigned attorney and is made in accordance with Article 26.05 of the Texas Code of Criminal Procedure.

The expenses and fees were incurred in the representation of Troy Clark in this cause and incurred in performance of the following services:

1. time spent in court making an appearance on behalf of the Defendant;

2. time spent in pre-trial; and

3. Reasonable and necessary time spent out-of-court on this case.

The amount of reimbursement is based upon hourly fees.

| Amount: | 84.91 | in court @ $100.00 an hour | $ 8,491.00 |
|---|---|---|---|
| | 191.09 | out of court @ $80.00 an hour | $ 15,287.20 |
| | 879.45 | out of pocket expense | $   879.45 |

Total   $24,657.65

*(See attached Exhibit "A" for schedule of time, activity and expenses undertaken on Defendant's behalf during the course of this representation.)

Reimbursement is requested in the amount of $ 24,657.65.

Respectfully submitted,

THE LAW OFFICES OF BOBBY D. MIMS
P.O. Box 1107
Tyler, Texas 75710-1107
(903)595-2169 (903)596-0719 fax

Bobby D. Mims
SBN: 12172200
*Attorney for Troy Clark*

## APPROVAL

APPROVED on _____, 2000.

_____
JUDGE PRESIDING

**007-81708-98**

| STATE OF TEXAS | § | **IN THE JUDICIAL DISTRICT** |
| VS. | § | **7th JUDICIAL DISTRICT** |
| TROY CLARK | § | **SMITH COUNTY, TEXAS** |

## ORDER ON MOTION TO PAY INTERIM COURT APPOINTED ATTORNEY'S FEES

COMES NOW, Bobby D. Mims, appointed counsel for Troy Clark, Defendant, in the above referenced cause, having moved before this Court, for an Order directing payment of reasonable fees for professional legal services performed on behalf of Defendant, Troy Clark, in this cause. The Court having found the Defendant, Troy Clark, indigent and that said attorney has been appointed counsel and it appears to the Court that said attorney is entitled to the amount of $_____.

IT IS, THEREFORE, ORDERED that the County Auditor and County Treasurer of Smith County, Texas, forth with issue and deliver a check properly drawn on the general fund of Smith County, Texas, in the above amount made payable to Bobby D. Mims, P.C., P.O. Box 1107, Tyler, Texas 75710-1107. The attorneys Federal Tax I.D. # is 75-2818782.

Signed this _____ day of _____, 2000.

_____
JUDGE PRESIDING

Bobby D. Mims
Attorney at Law
P.O. Box 1107
Tyler TX 75710-1107


Invoice submitted to:
Mr. Troy Clark
102 E. Elm St
Smith County Jail
Tyler TX 75702


MAR 22, 2000
In Reference To:Capital Murder
Invoice #1119

Professional services

|  |  | Hours | Amount |
|---|---|---|---|
| 11/17/99 | Conference with Court in re appointment of case.  Conference with client in Smith Co Jail.  Conference with DA in re conflicts of Interest. Conference with R. Perkins & Ken Hawk in re obtaining file.  Conference with Paul Black. | 3.60 | 288.00 |
| 11/18/99 | Court Appearance in re appointment of case and scheduling for trial and all pre-trial. | 1.00 | 100.00 |
|  | conference w/Paul Black re: Chad guill & Johnny Barrington | 2.00 | 160.00 |
| 11/22/99 | Interview witnesses with Paul Black | 3.00 | 240.00 |
| 11/23/99 | conference w/Paul Black and defendant | 1.00 | 80.00 |
| 1/29/00 | drafted pre-trial motions | 5.67 | 453.60 |

Mr. Troy Clark                                               Page   2

|  |  | Hours | Amount |
|---|---|---|---|
| 1/31/00 | Pre-trial hearing | 1.50 | 150.00 |
|  | reviewed discovery | 4.00 | 320.00 |
| 2/2/00 | reviewed discovery | 4.50 | 360.00 |
| 2/3/00 | reviewed discovery | 3.33 | 266.40 |
| 2/4/00 | conference w/Paul Black and Ken Nash | 3.00 | 240.00 |
| 2/5/00 | reviewed discovery | 6.50 | 520.00 |
| 2/6/00 | reviewed discovery and began work on trial notebooks | 4.00 | 320.00 |
| 2/8/00 | conference w/Paul Black | 1.67 | 133.60 |
|  | viewed video tapes in discovery | 3.00 | 240.00 |
| 2/9/00 | conference w/Inv. Black re:discovery | 2.00 | 160.00 |
|  | viewed video tapes and reviewed discovery | 6.50 | 520.00 |
| 2/11/00 | reviewed discovery and video tapes | 5.00 | 400.00 |
| 2/14/00 | reviewed discovery | 8.67 | 693.60 |
| 2/15/00 | reviewed discovery | 7.00 | 560.00 |
| 2/17/00 | Hearing 7th | 2.33 | 233.00 |
| 2/19/00 | reviewed discovery and worked on trial notebooks | 9.50 | 760.00 |
| 2/20/00 | reviewed discovery and worked on trial notebooks | 7.00 | 560.00 |
| 2/22/00 | reviewed pictures and had copies made | 2.50 | 200.00 |

Mr. Troy Clark                                          Page   3

|         |                                                    | Hours | Amount |
|---------|----------------------------------------------------|-------|--------|
| 2/23/00 | researched and prepared for general voir dire      | 4.00  | 320.00 |
| 2/24/00 | Judge's General Voir ire                           | 5.50  | 550.00 |
|         | reviewed discovery                                 | 5.00  | 400.00 |
| 2/25/00 | Prr-trial hearing 7th                              | 2.00  | 200.00 |
|         | conference w/Paul Black                            | 2.33  | 186.40 |
|         | reviewed juror questionnaires and reviewed discovery | 8.33 | 666.40 |
| 2/26/00 | conferenced w/Black; interviewed witnesses         | 3.33  | 266.40 |
|         | reviewed juror questionnaires and discovery        | 4.50  | 360.00 |
| 2/28/00 | Individual Voir Dire                               | 7.00  | 700.00 |
|         | reviewed juror questionnaires                      | 1.50  | 120.00 |
| 2/29/00 | Individual voir dire                               | 7.00  | 700.00 |
|         | reviewed juror questionnaires                      | 1.50  | 120.00 |
| 3/1/00  | Individual voir dire                               | 7.50  | 750.00 |
|         | reviewed juror questionnaires                      | 1.50  | 120.00 |
| 3/2/00  | Individual voir dire                               | 8.75  | 875.00 |
|         | conference w/Black re: interview w/witness Coats   | 0.83  | 66.40  |
|         | reviewed juror questionnaires                      | 1.50  | 120.00 |
| 3/3/00  | Individual voir dire                               | 7.50  | 750.00 |

Mr. Troy Clark                                                    Page    4

|         |                                                      | Hours | Amount   |
|---------|------------------------------------------------------|-------|----------|
| 3/3/00  | reviewed juror questionnaires and discovery          | 6.33  | 506.40   |
| 3/6/00  | Individual voir dire                                 | 7.83  | 783.00   |
|         | reviewed juror questionnaires and prepared trial notebooks | 4.50 | 360.00 |
| 3/7/00  | Individual voir dire                                 | 7.50  | 750.00   |
|         | reviewed juror questionnaires and prepared trial notebooks | 5.50 | 440.00 |
| 3/8/00  | Individual voir dire                                 | 8.00  | 800.00   |
|         | reviewed juror wuestionnaires and prepared trial notebooks | 2.00 | 160.00 |
| 3/9/00  | Individual voir dire                                 | 11.50 | 1,150.00 |
|         | conferenced w/Black re: witnesses statements and trial | 3.00 | 240.00 |
|         | reviewed jurors and prepared for strikes             | 3.00  | 240.00   |
| 3/10/00 | conference w/Black                                   | 2.67  | 213.60   |
|         | reviewed discovery and prepared trial notebooks      | 5.00  | 400.00   |
| 3/11/00 | prepared for trial                                   | 9.00  | 720.00   |
| 3/12/00 | prepared for trial                                   | 4.50  | 360.00   |
| 3/13/00 | conference w/Black re: case                          | 4.50  | 360.00   |
|         | reviewed an prepared for trial                       | 3.00  | 240.00   |
|         | prepared for trial with staff                        | 4.00  | 320.00   |

Mr. Troy Clark                                                    Page   5

|                                                          | Hours  | Amount     |
|----------------------------------------------------------|--------|------------|
| 3/14/00 conference w/ Nash, Black and Carroll            | 6.33   | 506.40     |
|                                                          |        |            |
| For professional services rendered                       | 276.00 | $23,778.20 |

Additional charges:

| 1/31/00 Copies made on discovery at Kinko's                        | 80.49  |
|--------------------------------------------------------------------|--------|
| 2/3/00 Copies made on discovery @ Kinko's                          | 233.24 |
| 2/6/00 binders for Defendant's discovery and trial notebooks       | 56.90  |
| 2/9/00 Copies made on discovery                                    | 111.16 |
| 2/22/00 Copies made on discovery pictures                          | 173.20 |
| 2/24/00 Copies made of defendant's discovery                       | 102.84 |
| 2/25/00 Copies made of discovery                                   | 121.62 |

|                             |            |
|-----------------------------|------------|
| Total costs                 | $879.45    |
| Total amount of this bill   | $24,657.65 |
| Balance due                 | $24,657.65 |

All payments are due upon receipt.



**BOBBY D. MIMS / ATTORNEY AT LAW**
Paul Black

2/9/2000
of Clark Discovery from                    111.16

Kinko's
4522 S. Broadway
Tyler, TX 75703
(903) 509-1090

| QTY/LIST | DISC | PRICE | AMOUNT |
|---|---|---|---|
| 1467  FS RAW S/S WHITE STD | 0.00 | 0.07 | 102.69 |
| 0.07 | | | |

SUB  102.69  TX   8.47
TOT  111.16
Visa  111.16
CHG   0.00

CUSTOMER ID
XXXXXXXXXXX3128 02/02 APR134023
I agree to pay the above amount
according to the card issuer agreement.
Sign Here:  X

MIMS BOBBY M2

CW  58  TR   892285 RG 3  02/09/00 15:48
Visit us @ http://www.kinkos.com

111.16

---

**BOBBY D. MIMS / ATTORNEY AT LAW**

2/25/00     **1337**

173.20

Karl's Camer--

KARL'S
CAMERAS
TYLER, TEXAS

#2

02-25-00

FICTRD   160.00  T
SUBTTL   160.00
TAX       13.20
CHECK   **173.20**

2CL   3963  10:39TH

Photos of Clark Discovery

---

**BOBBY D. MIMS / ATTORNEY AT LAW**
   Kinko's

2/ /1/2000     **1323**
                233.24

2/1/2000

PAYMENT RECORD

Checking          copies of discovery Troy Clark Capital Murder T          233.24

1041

2/25/00

121.02

Kinko's
4522 S. Broadway
Tyler,                TX 75703

| QTY/LIST | DISC | PRICE |      |
|----------|------|-------|------|
| 1215 FS B&W S/S WHITE STD |   |   |   |
| 0.07 | 0.00 | 0.07 |   |
| 390 FS B&W S/S WHITE STD |   |   |   |
| 0.07 | 0.00 | 0.07 |   |

SUB   112.35 TX       9.27 TOT   121.62
                           CHECK  121.62
                           CHG      0.00
                           MIMS ROBBI II64

CUSTOMER ID

CW   1 TR    697962 RG 2  02/25/00 10:47
Visit us @ http://www.kinkos.com

---

Kinko's
4522 S. Broadway
Tyler,                TX 75703

| QTY/LIST | DISC | PRICE | AMOUNT |
|----------|------|-------|--------|
| 342 FS B&W S/S WHITE STD |  |  |  |
| 0.07 | 0.00 | 0.07 | 23.94 |
| DRILLING SET UP |  |  |  |
| 1 |  |  |  |
| 5.00 | 0.00 | 5.00 | 5.00 |
| 31 PC SS WRK STATION TIME/MIN |  |  |  |
| 0.20 | 0.00 | 0.20 | 6.20 |
| 119 COMP RENT LTR.LGL. B&W PRNT |  |  |  |
| 0.95 | 0.606 | 0.344 | 39.22 |

SUB   74.36 TX       6.13 TOT    80.49
                           CASH   100.00
                           CHG     19.51
                           MIMS BOBBY G1

CUSTOMER ID

CW   11 TR   698698 RG 2  01/31/00 07:40
Visit us @ http://www.kinkos.com

---

SALE          0940 00002  52999   02.02
                          854553   12:51

[faded receipt text]

---

TROY CCARK

1336

2/25/00

102.84

---

BOBBY D. MIMS / ATTORNEY AT LAW

Kinko's
4522 S. Broadway
Tyler,                TX 75703

| QTY/LIST | DISC | PRICE | AMOUNT |
|----------|------|-------|--------|
| 1215 FS B&W S/S WHITE STD |  |  |  |
| 0.07 | 0.00 | 0.07 | 85.05 |
| DRILLING SET UP |  |  |  |
| 1 |  |  |  |
| 5.00 | 0.00 | 5.00 | 5.00 |
| 1 Office SUPPLIES |  |  |  |
| 4.95 | 0.00 | 4.95 | 4.95 |

SUB   95.00 TX       7.84 TOT   102.84
                           CHECK  102.84
                           CHG      0.00
                           MIMS BOBBY K2

CUSTOMER ID

CW   87 TR   697725 RG 2  02/25/00 10:39
Visit us @ http://www.kinkos.com

# Exhibit 2

INVOICE NO. 5716

CAUSE NUMBER 007-81708-98

STATE OF TEXAS
VS.
TROY CLARK

X
X
X

IN THE 7TH
JUDICIAL DISTRICT
SMITH COUNTY, TEXAS

## MOTION TO PAY COURT APPOINTED ATTORNEY'S FEES

I, KENNETH NASH, a duly licensed attorney in the State of Texas, as an officer of this Court do hereby represent and affirm to the Court that as Court Appointed Counsel for the defendant in the above numbered and entitled case, I have rendered the following reasonable and necessary services and spent the following amount of time in the performance of these services:

| Check if Applicable | Date | Service | Standing Order | Total Time |
|---|---|---|---|---|
| ☐ | _____ | Guilty Plea - State Jail | $ 200.00 | |
| | | Guilty Plea - Felony | $ 250.00 | |
| ☐ | _____ | Guilty Plea - Multiple Case | $ 100.00 | |
| | | Dismissal of Case | $ 200.00 | |
| ☐ | _____ | Indictment Quashed | $ 100.00 | |
| ☐ | _____ | Non-Jury Trial - State Jail | $ 350.00 | |
| | | Felony | $ 500.00 | |
| ☑ | _____ | Jury Trial | $ 750.00 | SEE ATTACHMENT |
| | | *Number of days in Jury Trial _____ | | |
| ☐ | _____ | Appeal | $ 750.00 | |
| ☐ | _____ | Other: **Attach itemized statement and explanation of services: | | |

On this the 8th day of APRIL, 2000, I respectfully request that I be paid a reasonable sum for such reasonable and necessary services and said payment be mailed to the address listed below.

Print Name: KENNETH NASH
State Bar Number: 14811030
Address: 329 S. FANNIN AV.
TYLER, TX 75702
Phone: (903) 849-6673

## ORDER TO PAY COURT APPOINTED ATTORNEY

The Court finds that the above reasonable and necessary services were performed by counsel in this case and said above Motion should be granted. It is therefore ORDERED that the said Court Appointed Counsel listed above shall be paid, from the General Fund of Smith County, Texas the following amount:

$ 12,560.00

Signed this the 25 day of April, 2000

JUDGE PRESIDING

Date: 4/25/00

No. 007-81708-98

| The State of Texas | In the 7th District Court |
|---|---|
| v. | of |
| Troy Clark | Smith County, Texas |

## Itemized Statement & Explanation of Services

| date | services | hours |
|---|---|---|
| 11/18/00 | Pre-trial hearing re appointment & trial scheduling order | 1.00 |
| 01/31/00 | Reviewed discovery | 2.00 |
| 02/01/00 | Pre-trial hearing | 1.50 |
| | Reviewed discovery | 2.00 |
| 02/02/00 | Reviewed discovery | 3.00 |
| 02/03/00 | Reviewed discovery | 3.50 |
| 02/04/00 | Conference w/ Mims & Black | 3.00 |
| | Reviewed discovery | 2.00 |
| 02/05/00 | Reviewed discovery | 3.00 |
| 02/06/00 | Reviewed discovery | 2.00 |
| 02/07/00 | Reviewed discovery | 2.00 |
| 02/08/00 | Viewed videotaped statements & reviewed discovery | 3.00 |
| 02/09/00 | Viewed videotaped statements & reviewed discovery | 4.50 |
| 02/10/00 | Reviewed discovery | 2.00 |
| 02/11/00 | Viewed videotaped statements & reviewed discovery | 3.00 |
| 02/12/00 | Reviewed discovery | 2.00 |
| 02/13/00 | Reviewed discovery | 2.00 |

| | | |
|---|---|---|
| 02/14/00 | Reviewed discovery | 3.50 |
| 02/15/00 | Reviewed discovery | 3.00 |
| 02/16/00 | Reviewed discovery | 2.00 |
| 02/17/00 | Reviewed discovery | 2.00 |
| 02/18/00 | Reviewed discovery | 2.00 |
| 02/19/00 | Reviewed discovery | 3.00 |
| 02/20/00 | Reviewed discovery | 2.00 |
| 02/21/00 | Reviewed discovery | 2.00 |
| 02/22/00 | Reviewed discovery | 2.00 |
| 02/23/00 | Preparation for court's general voir dire | 2.00 |
| | Reviewed discovery | 2.00 |
| 02/24/00 | Court's general voir dire examination | 5.50 |
| 02/25/00 | Pre-trial hearing | 2.00 |
| | Reviewed panel questionnaires | 0.50 |
| 02/28/00 | Individual voir dire examination | 7.00 |
| | Reviewed panel questionnaires | 0.50 |
| 02/29/00 | Individual voir dire examination | 7.00 |
| | Reviewed panel questionnaires | 0.50 |
| 03/01/00 | Individual voir dire examination | 3.00 |
| | Reviewed panel questionnaires | 0.50 |
| 03/02/00 | Individual voir dire examination | 8.75 |
| | Reviewed panel questionnaires | 0.50 |
| 03/09/00 | Individual voir dire examination | 7.50 |
| | Reviewed panel questionnaires | 0.50 |
| 03/10/00 | Preparation for trial | 3.50 |

| | | |
|---|---|---|
| 03/11/00 | Preparation for trial | 4.00 |
| 03/12/00 | Preparation for trial | 3.00 |
| 03/13/00 | Preparation for 404(b) hearing | 4.00 |
| 03/14/00 | Legal research re 404(b) evidence | n/c |
| | Pre-trial hearing re 404(b) evidence | 3.00 |
| | Conference w/ Mims, Black & Carroll (& Clark) | 6.50 |
| 03/15/00 | Trial | 6.50 |
| | Conference w/ Mims, Black & Carroll | 1.00 |
| | Drafted limiting instructions re extraneous offenses, prior statements & Rule 705 materials | n/c |
| 03/16/00 | Trial | 7.25 |
| | Conference w/ Mims & Carroll | n/c |
| 03/17/00 | Trial | 5.50 |
| | Conference w/ Mims & Carroll | n/c |
| 03/20/00 | Trial | 6.00 |
| | Conference w/ Mims, Black & Carroll | 1.00 |
| 03/21/00 | Trial | 5.25 |
| | Conference w/ Mims & Carroll | n/c |
| 03/22/00 | Trial | 5.75 |
| | Conference w/ Mims & Carroll | 2.50 |
| | Conference w/ Mims, Carroll, Black & Clark | 3.00 |
| 03/23/00 | Trial | 8.50 |
| | Conference w/ Mims & Carroll | 1.00 |
| | Charge conference | 2.00 |

| 03/24/00 | Trial (closing arguments & deliberations) | 5.50 |
| | Conference w/ Mims & Carroll | 2.00 |
| 03/27/00 | Trial (punishment hearing) | 5.00 |
| | Conference w/ Mims & prosecutors to review exhibits | 1.50 |
| 03/28/00 | Trial (punishment hearing) | 8.75 |
| | Conference w/ Mims | n/c |
| 03/29/00 | Trial (punishment hearing) | 7.50 |
| | Charge conference | 1.00 |
| | Conference w/ Mims | 1.00 |
| 03/30/00 | Trial (closing arguments, deliberations & sentencing) | 4.00 |

Total in-court time:    124.75 hours

Total out-court time:   101.50 hours

# Exhibit 3

NO. 007-817088-98

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| VS. | § | 7th   JUDICIAL DISTRICT |
| TROY CLARK | § | SMITH COUNTY, TEXAS |

### *ExPARTE* ORDER GRANTING PAYMENT OF APPOINTED INVESTIGATOR'S FEES

The court having considered the pleadings on file, the evidence and the argument of

counsel in the above referenced cause, and upon the *Ex Parte Motion to Pay Court Investigator Fees*

the court is of the opinion that such should be **GRANTED** and that the investigator is entitled to the

amount of $ _3,613. 41_ *from capital murder account funds.*

It is, therefore, ordered that the County Auditor and County Treasurer of Smith County,

Texas, forth with issue and deliver a check properly drawn on the general fund of Smith County,

Texas, in the above amount made payable to CSI Inc. C-6548, 100 Independence #204, Tyler, Texas

75703.

Signed this _14_ day of April, 2000.

_____
JUDGE PRESIDING

# **AFFIDAVIT**

STATE OF TEXAS                                          §
COUNTY OF <u>SMITH</u>                                  §


Before me, the undersigned authority, on this date personally appeared <u>PAUL BLACK</u> , who, being by me duly sworn, deposed as follows:

My name is <u>PAUL BLACK</u> . I am of sound mind, capable of making this affidavit and personally acquainted with the facts herein stated which are true.

I am the custodian of records for **CSI INC.** . Attached hereto are <u>6</u> Pages of records from **CSI, INC.** These said <u>6</u> Pages of records are kept by <u>CSI INC.</u> in the regular course of business and it was the regular course of business of <u>PAUL BLACK</u> an employee or representative of <u>CSI, INC.</u> with knowledge of the act, event, condition, opinion or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.


_____
Affiant


SWORN TO AND SUBSCRIBED before me on this the 3th Day of June , 2000.


KRISTI LEANN WILMOTH
Notary Public
STATE OF TEXAS
My Comm. Exp. 3-2-2004

_____
Notary Public, State of Texas

My commission expires: _03-02-04_

**CSI Inc.**
**100 Independence Suite 204**
**Tyler, Texas 75703**

**(903) 561-7202**

# Invoice

| DATE | Case Number |
|------|-------------|
| 8/2/99 | C 98 0074 |

| BILL TO |
|---------|
| Smith County Treasure |
| 100 North Broadway |
| Tyler, Texas 75702 |

| DUE DATE | Cause Number |
|----------|--------------|
| 10/2/99 | 00781598 98 |

| Date | DESCRIPTION | Hours | RATE | AMOUNT |
|------|-------------|-------|------|--------|
| 11/10/1998 | Travelled to Smith County Jail and conducted initial interview with Troy Clark reference his case. Met with Attorney Bill Wright reference this cas. Researched information on possible witness's in this case. | 5 | 45.00 | 225.00 |
| 01/25/1999 | Travelled to The Smith County Jail and met with Dacie Lynn Eubanks who is a cellmate of Tory Bush concerning her knowledge of homicide's. | 2 | 45.00 | 90.00 |
| 01/04/1999 | Travelled back to Smith County Jail and conducted a interview with Troy Clark. | 3 | 45.00 | 135.00 |
| 09/02/1999 | Travelled to Attorney Ken Hawk's office for meeting concerning this case and discussion of discovery information. | 1 | 45.00 | 45.00 |
| 09/02/1999 | Researched computer to locate witness's in this case. | 2 | 45.00 | 90.00 |
| 06/03/1999 | Hearing in Judge Goumert's Court reference change of attorney's. Met with Troy Clark at Smith County Jail. | 4 | 45.00 | 180.00 |
| 06/04/1999 | Travelled to Smith County Jail and viewed video tapes of Tory Bush and other witnesses that were discovery material. | 4 | 45.00 | 180.00 |
| 06/07/1999 | Travelled to Smith County Jail and met with Troy Clark. Travelled to Phillips Hearing aids to get Troy Clark hearing aid 's fixed so he can hear. | 3 | 45.00 | 135.00 |
| 06/10/1999 | Reviewed Discovery information this case. | 2 | 45.00 | 90.00 |
| 08/12/1999 | Telephone conversation with Tory Bush reference Troy Clark. | 1 | 45.00 | 45.00 |
| 08/13/1999 | Telephone interview with Tory Bush reference Troy Clark. | 1 | 45.00 | 45.00 |

**CSI Inc.**
**100 Independence Suite 204**
**Tyler, Texas 75703**

**(903) 561-7202**


**Invoice**

| DATE | Case Number |
|------|-------------|
| 9/2/99 | C 98 0074 |

### BILL TO

Smith County Treasure
100 North Broadway
Tyler, Texas 75702

| DUE DATE | Case Number |
|----------|-------------|
| 10/2/99 | 00781598 98 |

| Date | DESCRIPTION | Hours | RATE | AMOUNT |
|------|-------------|-------|------|--------|
| 09/02/1999 | Met with Ken Hawk, went over current information on case, recieved a list of objectives. | 1 | 45.00 | 45.00 |
| 09/06/1999 | Prepared typed transcripts of interviews with Tory Bush. | 4 | 45.00 | 180.00 |
| 11/18/1999 | Court Hearing change of Attorney Bobby Mims/ Ken Nash appointed to case. Met with Attorneys and Troy Clark reference case. Reviewed case with Troy Clark and took hearing aid to Phillips Heraing to be fixed. | 6 | 45.00 | 270.00 |
| 11/19/1999 | Attempted to locate Johnny Barrington reference this case. Contacted Chad Guill reference this case. Met with Attorney Bobby Mims and obtained subpoena's for Johnny Barrington. | 4 | 45.00 | 180.00 |
| 11/22/1999 | Located Chad Guill and conducted interview as to his knowledge of Tory Bush and Troy Clark. Contacted Sharon and Roy Barrington reference Troy Clark. Met with Bobby Mims who travelled to Sharon Barrington residence and to interview Chad Guill. | 6 | 45.00 | 270.00 |
| 11/23/1999 | Conducted telephone interview with Johnny Barrington. Travelled to Smith County Jail met with Attorney Bobby Mims and Troy Clark. | 3 | 45.00 | 135.00 |
| 11/24/1999 | Prepared reports of interviews. Travelled to Smith County District Attorneys Office and picked up taped interview of state witness. Travelled back to Smith County Jail to meet with Troy Clark. | 4 | 45.00 | 180.00 |

Thank you for your business!

| | |
|--|--|
| Subtotal | 2,520.00 |
| 0% Tax | |
| **Total** | |

CSI Inc.
100 Independence Suite 204
Tyler, Texas 75703

(903) 561-7202

# Invoice

| DATE | Case Number |
|------|-------------|
| 2/8/00 | C 99 |

**BILL TO**

Smith County Treasure
100 North Broadway
Tyler, Texas 75702

| DUE DATE | Cause Number |
|----------|--------------|
| 3/9/00 | |

| Date | DESCRIPTION | Hours | RATE | AMOUNT |
|------|-------------|-------|------|--------|
| 02/04/2000 | Picked up Discovery reviewed discovery Met with Bobby Mims and Ken Nash reference investigation. | 6 | 45.00 | 270.00 |
| 02/08/2000 | Met with Bobby Mims. Picked up new Discovery Information from Smith County District Attorney. Met with David Dobbs. Took Discovery to Kinko's for copying. | 4 | 45.00 | 180.00T |
| 02/09/2000 | Met with Bobby Mims. Picked up Discovery Information from Kinko's. Took Discovery information to Troy Clark at The Smith County Jail. | 4 | 45.00 | 180.00 |
| 02/10/2000 | Attempt to locate Amber Scroggins and Chad Guill for purpose of interview.Spoke with Det. Bobby Vanness reference this case.Researched state's witness list for Criminal Convictions. | 6 | 45.00 | 270.00 |
| 02/25/2000 | Met with Attorney Bobby Mims. Located Amy Ellison and interviewed her reference information she has concerning homicide. Located Lee Ann Love and interviewed her referenc e to letters Troy Clark had written her while in jail. | 6 | 45.00 | 270.00 |
| 02/26/2000 | Picked up discovery from Smith County District Attorneys Office. Met with Bobby Mims reinterviewed Lee Ann Love. Located and interviewed Chad Guill with Attorney Bobby Mims. | 4 | 45.00 | 180.00 |
| 02/28/2000 | Travelled to Mrs. Youngs property located off of Hwy 64 where bodies were found and viewed the area. Travelled to Lake Placid where Troy Clark and Tory Bush lived and location Christina Muse was suppose to have been murdered at.Met with Bobby Mims and Melinda reference this case. | 6 | 45.00 | 270.00 |

**CSI Inc.**
100 Independence Suite 204
Tyler, Texas 75703

(903) 561-7202

# Invoice

| DATE | Case Number |
|------|-------------|
| 2/8/00 | 6-99 |

**BILL TO**

Smith County Treasure
100 North Broadway
Tyler, Texas 75702

| DUE DATE | Case Number |
|----------|-------------|
| 3/9/00 | |

| Date | DESCRIPTION | Hours | RATE | AMOUNT |
|------|-------------|-------|------|--------|
| 03/02/2000 | Travelled to Mrs. Young's residence attempt to locate was not home. Located Amber Scroggins and interviewed her at Aspen place Apt. Interviewed Michael Coats at Attorney bobby mims Office. | 6 | 45.00 | 225.00 |
| 03/08/2000 | Telephone interviews of witnesses and researched discovery. Worked on time line of events surrounding case. | 10 | 45.00 | 450.00 |
| 03/09/2000 | Met with Attorney Bobby Mims reference witnesses and case stategy. Worked on time line. Reviewed discovery information. | 8 | 45.00 | 360.00 |
| 03/10/2000 | Met with Attorney Bobby Mims. Contacted Lee Ann Love reference this case and conducted another interview. Worked on time line attempt contact of Wesley crocker and Bob White. | 8 | 45.00 | 360.00 |
| 03/12/2000 | Reviewed Discovery, worked on time line. | 4 | 45.00 | 80.00 |
| 03/13/2000 | Met with Attorney Bobby Mims. Travelled to Crow Wrecker researched records on Christina Muse vehicle called in by Troy Clark for pickup from Lake Placid. Travelled to Mrs Yougs residence conducted interview. Attempt meeting with Amber Scroggins. | 8 | 45.00 | 360.00 |
| 03/14/2000 | Located and interviewed Blue Barrington and Chad Guill reference thier knowledge of Christina Muse and Tracy Mize. Background knowledge of Tory Bush and Troy Clark. Pre-Trial Hearing Meeting with troy Clark, Bobby Mims, Ken Nash Malinda Carrol at Smith County Jail. | 10 | 45.00 | 450.00 |

| Thank you for your business! | Subtotal | |
|------------------------------|----------|--|
| | 0% Tax | |
| | **Total** | |

CSI Inc.
100 Independence Suite 204
Tyler, Texas 75703

# Invoice

(903) 561-7202

| DATE | Case Number |
|------|-------------|
| 3/19/00 | 102 |

**BILL TO**

Smith County Treasure
100 North Broadway
Tyler, Texas 75702

| DUE DATE | Cause Number |
|----------|--------------|
| 4/18/00 | |

| Date | DESCRIPTION | Hours | RATE | AMOUNT |
|------|-------------|-------|------|--------|
| 03/15/2000 | Trial, Service of Subpoenas and interview of witnesse's that we previously could not contact. Meeting with attorney's and defendant. | 9 | 45.00 | 405.00 |
| 03/16/2000 | Trial, Interview witness's and serve subpoena's on witness's. Meeting trial strategy with attorney's and defendant. | 9 | 45.00 | 405.00 |
| 03/17/2000 | Trial, Checked all video stores in Tyler for Christina Muse membership's. Contacted Hermiston, Oregon Police Department Detective Rollins reference Torygene Marie Bush criminal history for attempted murder. | 9 | 45.00 | 405.00 |
| 03/20/2000 | Trial and interviewing witnesses that previously could not be found. Travelled to Tyler Iron and metal and researched records. Travelled back to Blockbuster video's in Tyler and researched records. Meetings with attorneys reference Trial strategy. | 8 | 45.00 | 360.00 |
| 03/21/2000 | Contact Character reference's for Troy Clark. Metting at Jail and review of troy Clark Video statements. Trial. | 12 | 45.00 | 540.00 |
| 03/22/2000 | Trial located and interview witness's. Contacted Hamiston, Oregon reference Tory Bush Criminal History. Located Dacie Eubanks in Houston, Texas arranged transportation from Houston and Motel at Tyler, Texas. Loceted and interviewed Lee Ann Love for Trial. Meeting with attorneys and went over Troy Clark Statement and Amber Scroggins taped interview. | 10 | 45.00 | 450.00 |
| 03/22/2000 | Motel for witness Dacie Eubanks and gas money from Houston, Texas and back.$38.41 for Motel and $20.00 gas money. | | 58.41 | 58.41 |

CSI Inc.
100 Independence Suite 204
Tyler, Texas 75703

# Invoice

(903) 561-7202

| | DATE | Case Number |
|---|---|---|
| | 3/19/00 | 102 |

| BILL TO |
|---|
| Smith County Treasure |
| 100 North Broadway |
| Tyler, Texas 75702 |

| | DUE DATE | Cause Number |
|---|---|---|
| | 4/18/00 | |

| Date | DESCRIPTION | Hours | RATE | AMOUNT |
|---|---|---|---|---|
| 03/23/2000 | Trial and interview of witness's for Troy Clark case. Attempt to locate witness Lisa Lopez and Lee Ann Love. Conference with Attorneys. | 8 | 45.00 | 360.00 |
| 03/27/2000 | attempt to locate and interview Troy Clark family members as witness's in punishment trial. | 4 | 45.00 | 180.00 |
| 03/28/2000 | Contacted family members of Troy Clark and names of witness's Clark provided to attorneys and investigator for punishment trial. | 2 | 45.00 | 90.00 |
| 03/29/2000 | Travelled to Smith County Jail met with Lt. Folmer reference witness's at jail for Troy Clark including jailers Clark wanted to call as character witness's for him. Lt. Folmer advised no jailer would be allowed to testify in behalf of Clark. Met with Dr. Sorenson refernce Clark. Attended Court per Attorney Bobby Mims in case needed to testify. | 8 | 45.00 | 360.00 |

| Thank you for your business! | Subtotal | |
|---|---|---|
| | 0% Tax | |
| | **Total** | |

# Exhibit 4

# COURT OF CRIMINAL APPEALS
## STATE OF TEXAS

## NO. 73, 816

## 7th DISTRICT COURT OF SMITH COUNTY
## STATE OF TEXAS

## NO.  007-81708-98

---

### Ex Parte TROY CLARK,

### Applicant.

---

## AFFIDAVIT OF CLETA BARRINGTON

**STATE OF ARKANSAS**

**COUNTY OF PULASKI**

**CLETA BARRINGTON**, being first duly sworn upon oath, deposes and states:

1    My name is Cleta Barrington.  I am the mother of Troy Clark ("Troy").  I make this Affidavit in support Troy's Application for Writ of Habeas Corpus pursuant to Article 11.071 of the Texas Code of Criminal Procedure.

2.   Troy was born with a cleft palate, which caused him to develop speech problems during his formative years.  Troy's speech problems caused him to be the subject of ridicule while growing up.  Troy was especially tormented at school.

3.   I have had a drug problem for most of my adult life.  Every since I was 18 years of age, I supported my drug habit by prostitution.  As a result, I was incarcerated on Troy's first

birthday. I have a lengthy criminal history resulting from my addiction. I have been incarcerated on and off for most of Troy's life.

4.       Troy's father, Wilburn Clyde Clark, Sr., had very little to do with Troy and was hardly ever around.

5.       Throughout his childhood and early teens Troy was basically kicked around from home to home. He would live with certain family members for awhile, only to be sent to live with other family members. This cycle continued for most of Troy's formative years.

6.       Troy lived with his grandmother for a period of time. Troy's grandmother was married to Roy Hattaway who was an alcoholic. Troy also lived with Buddy Hensley, my brother-in-law. While Troy was living with Buddy Hensley, he was often subjected to physical abuse.

7.       When Troy was 15 years old, I gave consent for him to marry. I gave my consent so that Troy would not be placed in a State foster care program. Troy has been on his on since he was 15.

8.       When Troy was 20 years old, his brother, Wilburn Clyde Clark, Jr., committed suicide by placing a shotgun in his mouth and pulling the trigger. Troy has always felt responsibility for his brother's death because they had fought and argued the night before his brother's suicide.

9.       Neither of Troy's trial attorneys, nor any investigator working on their behalf, ever contacted me to inquire about Troy's family history or personal history. If they had, I would have told them about what is contained in this affidavit and answered any questions they had concerning these subjects.

Further affiant sayeth naught.



Cleta Barrington

Subscribed and sworn to before me this 10th day of July, 2002.

Notary Public