COURT OF CRIMINAL APPEALS
STATE OF TEXAS

NO. 73, 816

7th DISTRICT COURT OF SMITH COUNTY
STATE OF TEXAS

NO. 007-81708-98

Ex Parte TROY CLARK,

Applicant.

AFFIDAVIT OF CLETA BARRINGTON

STATE OF ARKANSAS

COUNTY OF PULASKI

CLETA BARRINGTON, being first duly sworn upon oath, deposes and states:

1. My name is Cleta Barrington. I am the mother of Troy Clark ("Troy"). I make this Affidavit in support Troy's Application for Writ of Habeas Corpus pursuant to Article 11.071 of the Texas Code of Criminal Procedure.

2. Troy was born with a cleft palate, which caused him to develop speech problems during his formative years. Troy's speech problems caused him to be the subject of ridicule while growing up. Troy was especially tormented at school.

3. I have had a drug problem for most of my adult life. Every since I was 18 years of age, I supported my drug habit by prostitution. As a result, I was incarcerated on Troy's first

birthday. I have a lengthy criminal history resulting from my addiction. I have been incarcerated on and off for most of Troy's life.

4. Troy's father, Wilburn Clyde Clark, Sr., had very little to do with Troy and was hardly ever around.

5. Throughout his childhood and early teens Troy was basically kicked around from home to home. He would live with certain family members for awhile, only to be sent to live with other family members. This cycle continued for most of Troy's formative years.

6. Troy lived with his grandmother for a period of time. Troy's grandmother was married to Roy Hattaway who was an alcoholic. Troy also lived with Buddy Hensley, my brother-in-law. While Troy was living with Buddy Hensley, he was often subjected to physical abuse.

7. When Troy was 15 years old, I gave consent for him to marry. I gave my consent so that Troy would not be placed in a State foster care program. Troy has been on his on since he was 15.

8. When Troy was 20 years old, his brother, Wilburn Clyde Clark, Jr., committed suicide by placing a shotgun in his mouth and pulling the trigger. Troy has always felt responsibility for his brother's death because they had fought and argued the night before his brother's suicide.

9. Neither of Troy's trial attorneys, nor any investigator working on their behalf, ever contacted me to inquire about Troy's family history or personal history. If they had, I would have told them about what is contained in this affidavit and answered any questions they had concerning these subjects.

Further affiant sayeth naught.

_____
Cleta Barrington

Subscribed and sworn to before me this 10th day of July, 2002.

_____
Notary Public